UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR TORRES,
    Plaintiff,

v.

AMERICAN TRANS AIR, et al.,
    Defendants.

CASE NUMBER: 98-1328 (HL)

| ORDER |
|---|
| The Court having approved the pretrial order, the jury trial is hereby set for **Tuesday, January 4, 2000** at 9:00 a.m. |

Date 10/11/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    1999 EOD:

s/c G. Pedrosa
J. Ramos
CR Deputy Clerk

NOV 12 1999