UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR TORRES,
   Plaintiff,

v.                                                  CASE NUMBER: 98-1328 (HL)

AMERICAN TRANS AIR, et al.,
   Defendants.

### MOTION

Date Filed: 11/19/99     Docket # 17     [X] Plffs     [X] Defts     [ ] Other

Title: Stipulation For Voluntary Dismissal With Prejudice

### ORDER

**Granted.** The Court hereby accepts the parties' stipulation for voluntary dismissal with prejudice. **Dkt. No. 17.** The jury trial set for Tuesday, January 4, 2000 is hereby vacated.

Date 11/22/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


