UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR TORRES,
   Plaintiff,
      v.                                     CASE NUMBER 98-1328 (HL)
AMERICAN TRANS AIR, et al.,
   Defendants.

**JUDGMENT**

The Court having granted the parties' motion giving notice of voluntary dismissal (**Dkt. no. 17**) this same day, judgment is hereby entered dismissing this case with prejudice.

Date                            HECTOR M. LAFFITTE
                                    Chief U.S. District Judge